FILED
JUN 13 2005
NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE CHAMBERLAIN GROUP, INC., a Connecticut corporation, | ) ) ) Civil Action No.: **05C 3449** |
| Plaintiff, | ) ) Judge: **JUDGE MORAN** |
| v. | ) ) **MAGISTRATE JUDGE DENLOW** |
| LEAR CORPORATION, a Delaware corporation, and FORD MOTOR COMPANY, a Delaware corporation | ) ) ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) |

## COMPLAINT

Plaintiff, The Chamberlain Group, Inc. ("Chamberlain"), complains against Defendants, Lear Corporation ("Lear") and Ford Motor Company ("Ford"), as follows:

1. Chamberlain is a corporation incorporated under the laws of the State of Connecticut, with its principal place of business in Elmhurst, Illinois.

2. Lear is a corporation incorporated under the laws of the State of Delaware. It has a principal place of business at 21557 Telegraph Road, Southfield, Michigan 48034. It is registered to do business in Illinois at CT Corporation, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604-1101.

3. Ford is a corporation incorporated under the laws of the State of Delaware. It has a principal place of business at American Road, Dearborn, Michigan 48126. It is registered to do business in Illinois at CT Corporation, 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604-1101.

4. This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 271 *et seq.* The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Lear and Ford. Venue in this judicial district is proper under 28 U.S.C. § 1391.

## COUNT I

### INFRINGEMENT OF PATENT NO. 6,154,544

6. On November 28, 2000, U.S. Patent No. 6,154,544 ("the '544 Patent") entitled *"Rolling Code Security System"* was duly and legally issued to Chamberlain, on an application filed by Bradford L. Farris and James J. Fitzgibbon.

7. Chamberlain is the owner of all right, title and interest in the '544 Patent.

8. On information and belief, Lear has been, and is willfully infringing the '544 Patent: by making, using, offering to sell, and/or selling, within the United States, transmitters to be installed in automobiles made by Ford for actuating garage door operators made by Chamberlain; by inducing others to infringe the '544 Patent; and/or by contributing to the infringement by others of the '544 Patent. Unless enjoined by the Court, Lear will continue to infringe, induce the infringement of, and/or contributorily infringe the '544 Patent.

9. On information and belief, Ford has been, and is willfully infringing the '544 Patent: by using, offering to sell, and/or selling, within the United States, transmitters installed in automobiles made by Ford for actuating garage door operators made by Chamberlain; by inducing others to infringe the '544 Patent; and/or by contributing to the infringement by others of the '544 Patent. Unless enjoined by the Court, Ford will continue to infringe, induce the infringement of, and/or contributorily infringe the '544 Patent.

10. The required statutory notice has been placed on products manufactured and sold under the '544 Patent.

## COUNT II

### INFRINGEMENT OF PATENT NO. 6,810,123

11. On October 26, 2004, U.S. Patent No. 6,810,123 ("the '123 Patent") entitled *"Rolling Code Security System"* was duly and legally issued to Chamberlain, on an application filed by Bradford L. Farris and James J. Fitzgibbon.

12. Chamberlain is the owner of all right, title and interest in the '123 Patent.

13. On information and belief, Lear has been, and is willfully infringing the '123 Patent: by making, using, offering to sell, and/or selling, within the United States, transmitters to be installed in automobiles made by Ford for actuating garage door operators made by Chamberlain; by inducing others to infringe the '123 Patent; and by contributing to the infringement by others of the '123 Patent. Unless enjoined by the Court, Lear will continue to infringe, induce the infringement of, and contributorily infringe the '123 Patent.

14. On information and belief, Ford has been, and is willfully infringing the '123 Patent: by using, offering to sell, and/or selling, within the United States, transmitters installed in automobiles made by Ford for actuating garage door operators made by Chamberlain; by inducing others to infringe the '123 Patent; and by contributing to the infringement by others of the '123 Patent. Unless enjoined by the Court, Ford will continue to infringe, induce the infringement of, and contributorily infringe the '123 Patent.

15. The required statutory notice has been placed on products manufactured and sold under the '123 Patent.

## COUNT III

### INFRINGEMENT OF PATENT NO. RE. 37,986

16. On February 11, 2003, U.S. Patent No. RE. 37,986 ("the '986 Patent") entitled "Coding System for Multiple Transmitters and a Single Receiver" was duly and legally issued to Chamberlain, as a reissue of U.S. Patent No. 4,750,118, filed October 29, 1985 and issued June 7, 1988, on an application filed by Carl Heitschel, Colin Willmott and Wayne Schindler.

17. Chamberlain is the owner of all right, title and interest in the '986 Patent.

18. Ford has been, and is willfully infringing the '986 Patent: by making, using, offering to sell, and/or selling, within the United States, power sliding doors installed in automobiles including operators and remote control key fobs made by Delphi Corporation, Visteon Corporation, Bosch USA and possibly others; by inducing others to infringe the '986 Patent; and by contributing to the infringement by others of the '986 Patent.

19. The required statutory notice has been placed on products manufactured and sold under the '986 Patent.

## COUNT IV

### INFRINGEMENT OF PATENT NO. RE. 35,364

20. On October 29, 1996, U.S. Patent No. RE. 35,364 ("the '364 Patent") entitled "Coding System for Multiple Transmitters and a Single Receiver For a Garage Door Opener" was duly and legally issued to Chamberlain, as a reissue of U.S. Patent No. 4,750,118, filed October 29, 1985 and issued June 7, 1988, on an application filed by Carl Heitschel, Colin Willmott and Wayne Schindler.

21. Chamberlain is the owner of all right, title and interest in the '364 Patent.

22. Ford has been, and is willfully infringing the '364 Patent: by making, using, offering to sell, and/or selling, within the United States, power sliding doors installed in

automobiles including operators and remote control key fobs made by Delphi Corporation, Visteon Corporation, Bosch USA and possibly others; by inducing others to infringe the '364 Patent; and by contributing to the infringement by others of the '364 Patent.

23.     The required statutory notice has been placed on products manufactured and sold under the '364 Patent.

### PRAYER FOR RELIEF

WHEREFORE, Chamberlain prays for:

1. Judgment that the '544 and '123 Patents are valid, enforceable and infringed by Lear and Ford;

2. A preliminary and permanent injunction enjoining Lear and Ford, their officers, agents, employees and those persons acting in active concert or participation with Lear and Ford from infringing, inducing infringement of, or contributorily infringing the '544 and '123 Patents;

3. Judgment that the '986 and '364 Patents are valid, enforceable and infringed by Ford;

4. An award of damages arising out of Lear's infringement, inducing infringement of, or contributory infringement of the '544 and '123 Patents, together with interest;

5. An award of damages arising out of Ford's infringement, inducing infringement of, or contributory infringement of the '544 and '123 Patents, together with interest;

6. An award of damages arising out of Ford's infringement, inducing infringement of, or contributory infringement of the '986 and '364 Patents, together with interest;

7. Judgment that the damages so adjudged be trebled;

8. Judgment that Chamberlain be awarded its attorneys' fees, costs and expenses incurred in this action; and

9. Such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Chamberlain demands trial by jury of all issues triable of right by a jury.

Dated: June 13, 2005

*(signature)*
Karl R. Fink
John F. Flannery
Rudy I. Kratz
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603-3406
Telephone: 312-577-7000
Facsimile: 312-577-7007

417735

*Attorneys for The Chamberlain Group, Inc.*

6