## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Chamberlain Group, Inc., The, et al.
                                          Plaintiff,

v.                                                                Case No.: 1:05−cv−03449
                                                                    Honorable Amy J. St. Eve

Lear Corporation, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 24, 2010:

      MINUTE entry before Honorable Amy J. St. Eve: The Court grants in part and denies in part Defendant's motion for summary judgment of noninfringement of the '544 and '123 patents [407]; denies Defendant's motion for summary judgment of noninfringement of '056 patent [406]; denies Chamberlain's cross−motion for summary judgment on the '544 and '123 patents [431]; denies JCI's cross−motion for summary judgment on the '056 patent [418]; denies Chamberlain's cross−motion for summary judgment on the '056 patent [428]; denies Defendant's motion for summary judgment of invalidity under 35 U.S.C. § 101 of the '544, '123, and '056 patents [637]; grants Plaintiffs 9; motion for summary judgment on Lear's invalidity defense that the asserted claims are directed at unpatentable subject matter [652]; grants in part and denies in part Plaintiffs' motion for summary judgment on Lear's inequitable−conduct claim [665]; and grants in part and denies in part Plaintiffs' motion for summary judgment on Lear's invalidity defense based on alleged lack of definiteness, enablement, and written description [659]. Plaintiffs' motion to strike argument first raised in reply by Lear in support of motion for partial summary judgment [788] is denied as moot. The parties are not permitted to file any further motions for summary judgment. [For further details see separate Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.