# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Chamberlain Group, Inc., The, et al.

                                                    Plaintiff,

v.                                                                Case No.: 1:05−cv−03449

                                                                            Honorable Amy J. St. Eve

Lear Corporation, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 2, 2010:

       MINUTE entry before Honorable Amy J. St. Eve:Motion hearing held on 12/2/2010. Johnson Controls' objections to magistrate judge's order imposing sanctions and denying motion to compel [807] is entered Response by 12/23/10. Reply by 1/13/11. Jury trial (2 weeks) set for 4/4/11 at 9:00 a.m. Final pretrial order and motions in limine by 2/4/11. Responses to motions in limine by 2/11/11. Final pretrial conference set for 3/24/11 at 2:00 p.m. Status hearing set for 12/16/10 is stricken and reset to 1/12/11 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.