March 1, 2011

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

―――――――

THE CHAMBERLAIN GROUP and
 JOHNSON CONTROLS INTERIORS, L.L.C.,

*Plaintiffs,*

v.

LEAR CORPORATION,

*Defendant.*

No. 05 CV 3449

―――――――

# Memorandum and Orders II

I thought it would be helpful to memorialize some of the discussion and directives at yesterday's pretrial hearing.

**Protective Order**. The Joint Motion to Amend the Protective Order (Feb. 25) is granted.

**Deadlines:**

March 7: briefs on Lear's new enablement issue; briefs on meaning of binary code if plaintiffs decide to press the issue. Also, Lear to indicate whether it will stipulate that if a jury finds infringement of Claim 1 of the '544 patent, then Claims 2 and 4 of that patent are also infringed. Lear's answer will help me decide whether those claims need to be submitted to the jury.

March 11: narrowed witness lists and narrowed (to one binder per side) lists of exhibits; expanded fact stipulations.

March 14: motions in limine (directed to proposed witnesses as well as to exhibits; all objections to exhibits must be

in form of motions in limine—no one-word objections such as "irrelevant" or "prejudicial"; all objections must be explained); briefs on admissibility of references to Lear's patent; video tutorial.

 March 17: replies to motions in limine.

 March 28: demonstrative exhibits. Plus I want by this date (this was not discussed at the hearing yesterday) a shortened list of questions for the jury on the verdict form.

 April 1: final pretrial order and conference (10 a.m.).

 **Case Statements and Jury Instructions**. I will draft these in the next week or so (along with jury voir dire) and submit to the parties.

 **Witnesses**. Rhyne to testify in lieu of Cole and Stephenson. Dykema—no more than 20 minutes. Dunsmore will not testify; Japanese translator will not testify.

*[signature: Richard A. Posner]*

Circuit Judge

March 1, 2011