**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP, INC. and JOHNSON CONTROLS INTERIORS LLC., | ) ) ) | Civil Action No.: 05 C 3449 |
| Plaintiffs, | ) ) | The Honorable Richard A. Posner |
| v. | ) ) | |
| LEAR CORPORATION, | ) | |
| Defendant. | ) | |

## LEAR CORPORATION'S PUBLIC EXHIBITS TO ITS MOTIONS IN LIMINE

Dated: March 14, 2011

Respectfully submitted,

By: /s/ Kimball R. Anderson
    Kimball R. Anderson   kanderson@winston.com
    Imron T. Aly   ialy@winston.com
    Ivan M. Poullaos   ipoullaos@winston.com
    Kathleen B. Barry   kbarry@winston.com
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601
    *Attorneys for Defendant and Counterclaim Plaintiff Lear Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| THE CHAMBERLAIN GROUP, INC. and JOHNSON CONTROLS INTERIORS LLC., | ) ) ) | Civil Action No.: 05 C 3449 |
| Plaintiffs, | ) ) | The Honorable Richard A. Posner |
| v. | ) ) | |
| LEAR CORPORATION, | ) | |
| Defendant. | ) | |

**LEAR CORPORATION'S PUBLIC EXHIBITS TO ITS MOTIONS IN LIMINE**

| Exhibit Description | Exhibit Number |
|---|---|
| (FILED UNDER SEAL) | 1 |
| (FILED UNDER SEAL) | 2 |
| (FILED UNDER SEAL) | 3 |
| (FILED UNDER SEAL) | 4 |
| (FILED UNDER SEAL) | 5 |
| (FILED UNDER SEAL) | 6 |
| (FILED UNDER SEAL) | 7 |
| (FILED UNDER SEAL) | 8 |
| (FILED UNDER SEAL) | 9 |
| (FILED UNDER SEAL) | 10 |
| (FILED UNDER SEAL) | 11 |
| (FILED UNDER SEAL) | 12 |
| (FILED UNDER SEAL) | 13 |
| (FILED UNDER SEAL) | 14 |
| U.S. Patent No. 6,154,544 | 15 |
| U.S. Patent No. 7,589,613 | 16 |

*Alberto-Culver Co., Inc. v. Alberto-Culver Co.*,
    No. 01 C 0736, 2004 WL 1899927, at *25 (N.D. Ill. Aug. 23, 2004)     17

*Commonwealth Ins. Co. v. Stone Container Corp.*,
    No. 99 C 8471, 2002 WL 385559, at *6 (N.D. Ill. Mar. 12, 2002)     18

*Chamberlain Group, Inc. v. Skylink Tech., Inc.*,
    No. 02-cv-06376, Dkt. No. 68 (N.D. Ill. Mar. 26, 2003)     19

*Siemens Medical Solutions v. Saint-Gobain Ceramics & Plastics, Inc.*,
    --- F.3d ---, 2011 WL 651790, at *7 (Feb. 24, 2011)     20

*Respironics, Inc. and RIC Investments v. Invacare Corp.*,
    No. 04-0336, 2008 WL 111983, at *1 (W.D. Pa. Jan. 8, 2008)     21

Dated: March 14, 2011                  Respectfully submitted,

                             By: /s/ Kimball R. Anderson
                                  Kimball R. Anderson
                                  Imron T. Aly
                                  Kathleen B. Barry
                                  Ivan M. Poullaos
                                  Winston & Strawn LLP
                                  35 West Wacker Drive
                                  Chicago, IL 60601
                                  kanderson@winston.com
                                  ialy@winston.com
                                  kbarry@winston.com
                                  ipoullaos@winston.com
                                  *Attorneys for Defendant and*
                                  *Counterclaim Plaintiff Lear*
                                  *Corporation*

## WCERTIFICATE OF ELECTRONIC SERVICE

      I hereby certify that on March 14, 2011, I electronically filed the foregoing **LEAR CORPORATION'S PUBLIC EXHIBITS TO ITS MOTIONS IN LIMINE** with the Clerk of the Court for the Northern District of Illinois using the ECF System, which will send notification to counsel of record. I also certify that I have sent the paper by Federal Express and email to the following counsel:

Ruffin B. Cordell (DC #4458051)
FISH & RICHARDSON P.C.
1425 K Street, N.W.
Washington, D.C. 20005-3500
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Katherine Kelly Lutton (CA #194971)
Tamara Fraizer
Scott A. Penner
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Frederic R. Klein (#3127304)
Frederick H. Cohen (#6204002)
GOLDBERG KOHN BELL BLACK
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 201-4000
Facsimile: (312) 332-2196

Attorneys for Plaintiff ,
*JOHNSON CONTROLS INTERIORS, LLC.*

Karl Regan Fink
John F. Flannery
Rudy L Kratz
Joseph F. Marinelli
FITCH, EVEN, TABIN & FLANNERY
120 South La Salle Street, Suite 1600
Chicago, IL 60603-3406
Facsimile: (312) 577-7007

Attorneys for Co-Plaintiff
*THE CHAMBERLAIN GROUP, INC.*

      /s/ Kimball R. Anderson
      Kimball R. Anderson
      Imron T. Aly
      Kathleen B. Barry
      Ivan M. Poullaos
      Winston & Strawn LLP
      35 West Wacker Drive
      Chicago, IL 60601
      kanderson@winston.com
      ialy@winston.com

kbarry@winston.com
ipoullaos@winston.com
*Attorneys for Defendant and Counterclaim Plaintiff Lear Corporation*