# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Richard A. Posner | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 3449 | **DATE** | 3/22/2011 |
| **CASE TITLE** | The Chamberlain Group, Inc. et al vs. Lear Corporation | | |

**DOCKET ENTRY TEXT**

ENTER ORDER ON MOTIONS IN LIMINE: Defendant's motion in limine no. 1 [945] [959] is granted in part and denied in part. Defendant's motion in limine no. 2 [946] [960] is granted. Defendant's motion in limine no. 4 [950] is granted. Defendant's motion in limine no. 5 [947] [961] is conditionally granted. Defendant's motion in limine no. 7 [948] [962] is granted in part and denied in part. Defendant's motion in limine no. 8 [949] [963] is granted in part. Defendant's motion in limine no. 9 [955] [964] is granted in part and denied in part. Plaintiffs' motion in limine no. 1 [957] is granted in part and denied in part. Plaintiff's motion in limine no. 2 [957] is granted in part and denied in part. Plaintiffs' motion in limine no. 3 [957] is granted in part. Plaintiffs' motion in limine no. 4 [957] is conditionally granted. Plaintiffs' motion in limine no. 5 [957] is granted. Plaintiffs' motion in limine no 6 [957] is conditionally granted. Plaintiffs' motion in limine nos. 7 and 8 [957] are conditionally denied. Plaintiffs' motion in limine no. 9 [957] is granted. Plaintiffs' motion in limine no. 10 [957] is granted. Plaintiffs' motion in limine no.11 [957] is granted. Plaintiffs' motion in limine no. 12 [957] is granted in part. Plaintiffs' motion in limine no. 14 [957] is denied. Plaintiffs' motion in limine no. 15 [957] is denied. Plaintiffs' motion in limine no. 16 [957] is denied. Plaintiffs' motion in limine no. 17 [957] is denied. Plaintiffs' motion in limine no 18 [957] is granted. Plaintiffs' motion in limine no. 20 [957] is denied in part and granted in part.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|
| | | |